United States District Court
Southern District of Texas
Corpus Christi Division

Michael Garrett                      Civil Action 2:13 cv 70
v.
Lori Davis

## Emergency Temporary and Injunctive Protective Order Request

Plaintiff's safety and well being is imminently in jeopardy, from TDCJ-CID (Texas Department of Criminal Justice - Correction Institutional Division) Director and her designees, and UTMB CMC.

Plaintiff has endured, a multiple of attempts at his well being and life while in the custody of TDCJ-CID due to the fact of the pending litigation of the Sleep Deprivation lawsuit.

TDCJ-CID has orchestrated false disciplinaries in which to have Plaintiff isolated in Administrative Segregation; via without a State Classification Hearing or Ad Seg Committee hearing. The placement of (of Plaintiff) Ad Seg Housing deminishes his well being of care for his medical care. He is a seizure patient, and by UTMB CMC (University of Texas Medical Branch Correction Management Care) all patients must be checked on every 30 minutes. Ad Seg personel do not follow UTMB CMC policy or protocol, two different Agencies.

I have had seizures while in Ad Seg. Some officers by pure chance have witnessed Plaintiff's seizures and documented each

seizure account, upon Plaintiff's housing in Ad Seg (without Due Process. Judicial Notice, of subpoena upon records requested.

Secondly TDCJ and UTMB CMC have orchestrated, in administering, trial; antibiotics and steroids over a multiple course of times in lieu to treat an unknown illness, Plaintiff is going thru.

His most recent return from Galveston Hospital has declared Etiology is unclear at this point to what is causing the illness.

Without knowledge of the origin no illness can be treated.

TDCJ-CID and UTMB have placed Plaintiff on Omeprazole a known heart Medicine. Plaintiff has no history of heart problems, however TDCJ and UTMB CMC are trying to enduce a severe heart condition which will kill Plaintiff.

Plaintiff was put on Lisinopril which is a Ace inhibitor known to depleat the white blood cells in the human body used to fight off any type of infections.

The multitude of concoctions shows the willingness and wantoness to do Plaintiff harm.

Plaintiff was not imposed the Death Penalty, however TDCJ and UTMB CMC have dictated such upon Plaintiff

As of 23rd January 2019 Plaintiff had a seizure while en route return to his facility from Darrinston Unit: a hold over from Galveston Hospital. At or about 9:35 am ± the transport drivers were notified, thru other transported inmates

that Plaintiff was having a seizure. The incident took place between Wharton, TX and El Campo, TX. The bus transporter was made to pull over on the interstate, and call it in.

It was determined by the TDCJ TRANSPORT Personnel, designees of the Director, to continue the bus en-route and not give Plaintiff any medical attention. Corrections officer TAMEZ, and two other corrections officers were present (unknown - NO NAME TAG VISIBLE)

Upon arrival to the TDCJ facility, Medical was notified that Plaintiff had a seizure; via by inmates and Plaintiff. No medical attention was rendered to ensure NO brain trauma occurred or other head injuries. TDCJ and UTMB CMC are, and were, knowing of Plaintiff's seizure history. Plaintiff has a "fall risk" ban that identifies, that Plaintiff is a medical condition fall risk.

TDCJ and UTMB CMC are to ensure the care of Plaintiff. How is it that the keepers of the Plaintiff are to ensure the welfare and well being when they are the ones creating the demise, to do him harm.

Plaintiff addresses this as public interest of matter. TDCJ and UTMB CMC are public entities that are to ensure the welfare and care of those in custody control and care of their beings.

Plaintiff has been told by numerous officers that because of

the pending sleep deprivation lawsuit" TDCJ will find a way to shut him down completely." Shutting one down can only mean to fully stop or impede the process of.

I am, at the mercy of my handlers in this matter and they are trying to seek retribution in taking my life or causing there of. This pleading before the court is not brought in bad faith nor to harass nor needlessly to increase any cost of litigation

The defendants egregious misconduct shows that Plaintiff has merit, and justifies presumption.

The permenant damage done to Plaintiff has caused him hair loss permenant skin damage swelling and pain to his legs thighs hands and face at alternetive times. The mixture of concoctions antibiotics with seizure medicine enducing seizures, suffocating in sleep to which hospitalization at Christus Spohn Beeville

Plaintiff's life is in jeopardy from TDCJ-CID and her designees and UTMB-CMC whom work for TDCJ-CID.

26 January 2019

Michael Garrett

Oath

I Michael Garrett hereby attest the abac to be true and correct under penalty. 28 USC 1746.

26 January 2019

Michael Garrett

protected and shielded away from TDCJ-CID and UTMB-CMC the soul keepers whom are to ensure my well being and care. They have turned into the executioners to impose an imminent jeopardy to my health and safety.

27 January 2019    Michael Garrett

### Oath

I Michael Garrett hereby attest that the above and enclosed documents are true and correct to my knowledge under penalty 28 USC 1746.

27 January 2019    Michael Garrett

### Certificate of Service

I Michael Garrett certify that the above has been delivered via 1st Class Postage U.S. Mail to the Lori Davis Director TDCJ 861 B I-45 North Huntsville Texas 77320.

27 January 2019    Michael Garrett
    697364
    3001 S Emily Drive (M1)
    Beeville TX 78102

United States District Court
Southern District of Texas
Corpus Christi Division

Michael Garrett                  Civil Action 2:13 cv 70
v
Lori Davis                        Affidavit by Michael Garrett

I Michael Garrett hereby over 21 years of age is of sound mind and has personal knowledge to the incident.

Over the last 06 months, and plus, I have been exposed to an unknown origin that has developed into an undetermined unclear diagnosis. I am a documented seizure patient (for the record).

During the ongoing months, TDCJ and UTMB-CMC have explored trial courses of multiple antibiotics and steroids. I have lost my hair, my skin has become discolored because of allergic reactions leaving permanent scarring, my body swells without cause creating pain and discomfort. I was issued a cane to assist in walking.

TDCJ and UTMB CMC have orchestrated numerous means and measures to jeopardize my life. TDCJ will place me in Ad seg, then UTMB-CMC will give me mixed drug concoction that are voilatile to the point of enducing my seizures or causing me to suffocate or swell in my face and thyroid glands. Oct 25 2018 ± I was rushed to Christus Spohn due to a seizure. On Nov 18 2018 ± I was rushed to Christus Spohn due to larynx closing - due to allergic reaction of mixed medicines, issued by the TDCJ UTMB CMC providers

The mixture of antibiotics with seizure medicine clashed.

UTMB-CMC was treating and still is treating an unknown skin disease with medicines and antibiotics, however they do not know what they are treating, but are experimenting without finding out the origin or origin of cause. See attached acknowledgements on how TDCJ and UTMB-CMC have trialed a multitude of antibiotics and steroids without knowing the problem first, or consent.

The multitude of steroids given, while on Lisinopril (a known depleater of white blood cells) enhanced the illness within my body and upon my skin. No white blood cells to fight off any infections.

Premature, diagnosis, and pending; Pemphigus and Pemphigoid testing. These are highly unusual skin diseases that come from 3rd world countries or tropical jungles. I have been incarcerated 27 years - not leaving or furloughing at any point. To come into contact with such rare skin diseases would amount to an epidemic, and would require the shutting of TDCJ and UTMB and any other agencies I've come in contact with. Again, biopsy's still pending, based on UTMB-CMC's assumption.

Due to the severity of the skin lesions to my body, I had to be admitted in Galveston, and observed. The removal of Lisinopril, and needed steroid IV treatment was conducted to fight the swelling, and lesions on body was needed. I was abruptly discharged without final disposition, to any results. No cause was identified, nor origin, so I was returned to TDCJ and UTMB-CMC's care. The unknown illnesses start.

I was held over at Darrington Unit; a transient hub (after or before Galveston.).

On 23 January 2019, while on, en route to McConnell I had a seizure on or about 9:35± am (Wharton Tx - El Campo Tx) location was called in to Huntsville after the bus driver pulled over off the Interstate. No Medical Attention was rendered and the bus pursued on to the McConnell Unit. Earlier that morning I had sustained a seizure and I reported it to the duty guard at Darrington. No medical attention was rendered, however told to report it once I get to my assigned unit.

  Upon the arrival of the bus to McConnell-1, as well as inmates, informed the LVN (Compton) of the seizure. I was not seen by the UTMB-CMC personnel as per protocol and policy.(to this current date)

  An unidentified officer pulled me to the side and said "TDC is mighty pissed off about you - The sleep deprivation, Native American Hair lawsuit (which I assisted in drafting) and the Grooming Policy to Beards(which I assisted in drafting)." He said "They aim to shut me down" He was just an advisor (a whistleblower)

  My condition to my skin has not been clarified. I'm in Ad Seg being denied all rightful priviledges to Phone, Medical, and Religious Practice. The verbage of Transiet is to cloud the issue. I'm not a transient. I'm assigned to the unit. I'm not en route; going or coming, but assigned.

  TDCJ and UTMB-CMC are banking that my death would be a retribution and deter others. I am seeking an Emergency Protective Order from TDCJ-CID and UTMB-CMC. By all means this is not to delay or impede the administration of justice. All I seek is to be



## TDCJ DISCHARGE SUMMARY

**Date of Service**: 1/20/2019 11:55
**Admit Date**: 11/3/2018
**Discharge Date**: 1/20/2019 11:55
**Discharge Service**: MEG EMERALD
**Attending Physician**: Dr. Camarena
**House Officer**: Dr. Lulli

*allergic Butyrophenes*
*Keratogues*
*Phenothiazines)*

**Disposition:** Bus to Unit

**Condition:** Fair

**Mode to Transport:** inside TDC

**Transient Medical Bed:** No

**MRIS (Medical Release Intensive Supervision) Complete:** No

**Activity:** As tolerated

**Diet:** Regular

**Principal Diagnosis:** (main reason for admissions after evaluation):
**Lichenified rash of unknown origin possible Psoriasiform dermatitis vs Atopic dermatitis.
Bullous impetigo**

### SECONDARY DIAGNOSIS:

**HTN
Seizure disorder**

### Hospital Course

Michael Dante Garret is a 48 year old male with PMH HTN, Seizure disorder (On keppra), BPPV who was admitted to the hospital for progressively worsening rash for 6 months along with intermittent joint swelling. Pt has been trialed on multiple courses of antibiotics as well as multiple courses of steroids (topical and PO) however rash continued to spread over the past 6 months. 1 biopsy of lower extremity lesions on file done at unit and demonstrated psoriasiform dermatitis. Based on appearance, chronicity, and lack of improvement after multiple courses of antibiotics, it is unlikely that this is a bacterial infection thus will hold off on abx at this time. Etiology is unclear at this point. Dermatology consulted, biopsy and culture done, results pending. Domeboro soaks and methylprednisolone started. Lesion improved significantly, tapering steroids, will d/c with triamcinolone and f/u with derm in 3 weeks once ARUP lab work is done.

**Procedures:** (operations, radiologic, cardiac, bedside procedures while hospitalized)
**Skin Biopsy**

**Pertinent Labs:** (any lab that impacted medical decision during hospitalization)

LEFT POSTERIOR ARM:
INTRACORNEAL PUSTULE FORMATION WITH CLUSTERS OF GRAM POSITIVE
COCCI AND SUBCORNEAL ACANTHOLYSIS CONSISTENT WITH BULLOUS
IMPETIGO
CANNOT RULE OUT CONCOMITANT ATOPIC OR CONTACT DERMATITIS (SEE
COMMENT)
GRAM STAIN EXAMINED; POSITIVE CONTROL EXAMINED
COMMENT:
This case was discussed with the clinician, Dr. White, and the clinical photographs and patient chart were Reviewed. In addition to the features mentioned above, spongiosis with eosinophils is also present in the biopsy specimen. These histopathological characteristics are representative of bullous impetigo, in and of itself; however, exclusion of a preceding impetiginized atopic or contact dermatitis cannot be ruled out. Clinical correlation is Recommended.

**Physician Recommendations to Unit:**
**-Assess rash progress**
**-Finish Steroid taper (Start date 1/20/2019): Methylprednisolone PO 8 mg x 3 days + 4 mg x 3 days (End date 1/25/2019)**
**-Follow up with Dermatology in 3 weeks**
**-Waiting on biopsy results, sent pemphigus and pemphigoid panel to ARUP.**

**Special Instructions:** (tube feeds, wound care)
Skin care with Eucerin

**Discharge Medications:**

**Current Discharge Medication List**

**START taking these medications**

| Details | |
|---|---|
| **EUCERIN cream** | Apply to area(s) 2 (two) times daily. Qty: 3 Tube, Refills: 2 Start date: 1/20/2019 Associated Diagnoses: Psoriasiform dermatitis; Drug eruption |
| **!! Methylprednisolone (MEDROL) 8 mg** | Take 8 mg by mouth daily. Qty: 2 tablet, Refills: 0 Start date: 1/21/2019 Associated Diagnoses: Psoriasiform dermatitis; Drug eruption |
| **!! Methylprednisolone (MEDROL) 4 mg** | Take 4 mg by mouth daily. Qty: 3 tablet, Refills: 0 Start date: 1/23/2019 Associated Diagnoses: Psoriasiform dermatitis; Drug eruption |

*Handwritten annotations:*
Given 8mg IV 1/20/19
Take 8mg PO 1/21/19
1/22/19
Take 4mg PO 1/23/19
1/24/19
1/25/19

**!! - Potential duplicate medications found. Please discuss with provider.**

**CONTINUE these medications which have CHANGED**

| Details |
|---|

| | | |
|---|---|---|
| **amLODIPine (NORVASC) 5 mg** | Take 5 mg by mouth daily.<br>Qty: 30 tablet, Refills: 5<br>Start date: 1/20/2019<br>Associated Diagnoses: Psoriasiform dermatitis; Drug eruption | given 9A |
| **aspirin 81 mg** | Take 81 mg by mouth daily.<br>Qty: 30 tablet, Refills: 5<br>Start date: 1/20/2019<br>Associated Diagnoses: Psoriasiform dermatitis; Drug eruption | given 9A |
| **levETIRAcetam (KEPPRA) 500 mg** | Take 500 mg by mouth 2 (two) times daily.<br>Qty: 60 tablet, Refills: 11<br>Start date: 1/20/2019<br>Associated Diagnoses: Psoriasiform dermatitis; Drug eruption | given 9A |
| **omeprazole (PRILOSEC) 20 mg** | Take 20 mg by mouth daily.<br>Qty: 30 capsule, Refills: 1<br>Start date: 1/20/2019<br>Associated Diagnoses: Psoriasiform dermatitis; Drug eruption | |
| **propranolol (INDERAL) 40 mg** | Take 40 mg by mouth 3 (three) times daily.<br>Qty: 90 tablet, Refills: 5<br>Start date: 1/20/2019<br>Associated Diagnoses: Psoriasiform dermatitis; Drug eruption | given 8A |
| **triamcinolone acetonide 0.1 % ointment** | Apply to area(s) 2 (two) times daily as needed for Rash (Don't use on face, groin or underarms. Stop when rash resolves.).<br>Qty: 80 g, Refills: 3<br>Start date: 1/20/2019<br>Associated Diagnoses: Psoriasiform dermatitis; Drug eruption | |

**STOP taking these medications**

| | |
|---|---|
| **lisinopril (PRINIVIL,ZESTRIL) 40 mg** | Comments:<br>Reason for Stopping: |
| **naproxen (NAPROSYN) 500 mg** | Comments:<br>Reason for Stopping: |

**Coumadin**
Is the patient being discharged on Coumadin? No

**Core Measures:**
None

**Follow-Up Care/Future Clinic and Telemedicine Appointments:** (must include appointment date and reason for appointment)

Dermatology in 2-3 weeks. Results of pemphigus/penphigoid panel sent to ARUP. Further rash care.
**Plan for readmission:** No


**Discharge Orders**

*Discharge Follow-up: Specialty Provider TDC DERMATOLOGY; 2 Weeks*

| | |
|---|---|
| Order Comments: | -Assess rash progress<br>-Finishing Steroid taper (Start date 1/20/2019): Methylprednisolone PO 8 mg x 3 days + 4 mg x 3 days (End date 1/25/2019)<br>-Follow up with Dermatology in 3 weeks<br>-Waiting on biopsy results, sent pemphigus and pemphigoid panel to ARUP. |
| To Provider: | TDC DERMATOLOGY [0836464] |
| Patient's Preferred Location: | Galveston |
| Discharge Disposition: | Other-See Comments |
| When (Patients with 8P score over 3 or those noted as Hospital Dependent should follow up within 7 days with PCP or primary DX specialist): | 2 Weeks |
| This question pulls in the 8Ps Total Score (if documented) - Patients with 8P score over 3 or those noted as Hospital Dependent should follow up within 7 days with PCP or primary DX specialist | 2 |

*Regular Diet; Texture: Regular.*
| | |
|---|---|
| Texture | Regular. |
| Diabetic: | No |

*Discharge Condition -*
| | |
|---|---|
| Discharge Condition: | FAIR |

**DISCHARGE ACTIVITY**
| | |
|---|---|
| Discharge Activity: | As Tolerated |

**DISCHARGE FOLLOW-UP: TDCJ**

|  |  |
|---|---|
| Order Comments: | -Assess rash progress<br>-Finish Steroid taper (Start date 1/20/2019): Methylprednisolone PO 8 mg x 3 days + 4 mg x 3 days (End date 1/25/2019)<br>-Follow up with Dermatology in 3 weeks<br>-Waiting on biopsy results, sent pemphigus and pemphigoid panel to ARUP. |
| Follow up: | Unit Medical Provider |
| When: | 3-5 Days |

**DISCHARGE INSTRUCTIONS**

|  |  |
|---|---|
| Order Comments: | -Assess rash progress<br>-Finish Steroid taper (Start date 1/20/2019): Methylprednisolone PO 8 mg x 3 days + 4 mg x 3 days (End date 1/25/2019)<br>-Follow up with Dermatology in 3 weeks<br>-Waiting on biopsy results, sent pemphigus and pemphigoid panel to ARUP. |

**VTE Propylaxis- Was ordered during hospitalization**

Revision History ⌄



# Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

JAN 23 2019
OFFICE USE ONLY
Grievance #: 2018161605
UGI Recd Date: 10-04-18 / OCT 0 8 2018
HQ Recd Date: _____
Date Due: 1/13
Grievance Code: 815
Investigator ID#: 1722
Extension Date: 12-23

Offender Name: GARRETT MICHAEL  TDCJ # 697364
Unit: ML098  Housing Assignment: 03 Bld, 12A-74B
Unit where incident occurred: ML098

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

On this 05 October 2018 I am bringing this notice and intent before TDCJ-CID and her designees appealing the Step 1 #2018161605.

The placing me in Ad Seg w/out an Ad Seg Committee Review or State Classification Committee Review violates every policy of Due Process.

Said Cpt Nwachucu Abused his power by colluding w/ TDCJ-CID officer(s) to put me in Ad-Seg thru false pretense. Sgt Becerra falsely composed a report that resulted in placing me in Medium Custody level housing where inmates with aggressive assaultive behavior backgrounds, from my non-assaultive Minimum level housing facility. Access to live in the dorms when case free (disciplinary free)

The use of Ad-Seg w/out a Proper Disciplinary Hearing was based as a Retaliation measure and means because I have filed a civil suit w/in the USDC SD CC 2:13 cv 70 and my attorneys coming to visit the facility (as part of a court order)(May 25± - 27±)(2018)

Simply, I have received nothing but fraudulent cases since I've filed the grievances and law suit against the Prison system, 2015-2018. I was told by Mr Thompson "Yes Garrett, we can lie on you and give you any case we want - They system is build for your failure and us to win. - Now if you drop your suit - we can stop all this - Your record will be clear so when you come up for parole in the near future. You won't seem like an unruly prisoner. - Think about it"

Now if this is what Warden G. Miller condones as -that staff did not violate Policy by all this UnBecoming Behavior to intemidate me

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

then TDCJ-CID and her designees are clearly obviously try to do a good job. Mr Gould told me "The major disciplinaries are to keep you from Living in the dorms – we can't have you living out there – because of your suit."
* Retaliation and harassment is okay via the TDCJ-CID and her designees personnel when inmates as myself have filed lawsuits to construct humane living conditions in TDCJ.

**Offender Signature:** GARRETT MICHAEL McChesney  **Date:** 05 OCT 2018

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at step one. Staff contend at no time were you retaliated against, you purposely flooded the run at which time you were housed in PHD and held accountable for your actions.   No further action warranted.

P. Chapa, Assistant Region IV Director

**Signature Authority:** _(signature)_  **Date:** 12/11/2018

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened  ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened  ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened  ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

I-128 Back (Revised 11-2010)     Appendix G

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2018161605
Date Received: 7.9.18
Date Due: 8.18.18
Grievance Code: 815
Investigator ID #: 2547
Extension Date: 09/27/18
Date Retd to Offender: 09-28-18

Offender Name: GARRETT MICHAEL    TDCJ #: 697364
Unit: MC 08    Housing Assignment: 08 Bldg 8J-32
Unit where incident occurred: MC 08

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Jr Warden Cifuentes in 10 Bldg LR-Med.    When? 28 June 2018
What was their response? I would look into it
What action was taken? This Grievance

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On this 06 July 2018 I am bringing this notice and complaint that I've been and am being retaliated for exercising my 1st Amendment. Sgt Becerra and Cpt Nwachucu colluded along with TDCJ-CID to retaliate against me for exercising my 1st Amendment protected right. Due to my filing of a lawsuit against the State Agency expressing grievance to the Inhumane Civil Living Conditions, I was retaliated against. My attorney the Asst Aty Gen and other representatives were on a 3 day excursion to watch the behavioral actions of the TDCJ personnel. Because my lawyer and those appeared upon the facility Cpt Nwachucu told me "Because you cause me problem I cause you problem" He had Sgt Becerra compose a fraudulent/false disciplinary to retaliate against me because of my exercising the 1st Amend to grievance the Inhumane Conditions. TDCJ condoned their designees to retaliate against me with a false disciplinary so that I had to endure Ad Seg for 16 days 4 hrs. Then transferred to Medium Custody from Minimum Custody as punishment. The Disciplinary Cpt Wolfram was also in collusion as well as the Investigation Sgt to the I-210.
I am not Grieving any Disciplinary Appeal but A Retaliation Claim for expressing my 1st Amendment Rights.
This is notice that should TDCJ condone the actions of their designees to try to chill me deter me or frighten me from continuing the lawsuit I shall not Be.
Now if TDCJ did not condone such behavior the personnel addressed above have violated PD 22 Rule 22(5)± There is no place for this behavior and unethical conduct.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

To ensure matters to complication my placement Transfer to medium custody - is K-55, coincidentally the same housing location in which cells flood out when it rains and I sustained injury.

MC

MM

**Action Requested to resolve your Complaint.** Ramifications to The PD22 22(b) implicated. No more retaliation/harassment by TDCJ CO's or designees. O/C interview to file Complaint

**Offender Signature:** GARRETT MICHAEL  *Michel Jett*    **Date:** 06 July 2018

**Grievance Response:**

An investigation has been conducted into your complaint. After obtaining and reviewing statements from staff; no evidence was found to substantiate your claims; nor was evidence found that staff violated policy. No further action is warranted by this office.

**Signature Authority:** G. m. M    Warden G. Miller    **Date:** SEP 26 2018

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

MICHAEL GARRETT
697364
3001 S. Emily Drive (AL)
Beeville, Texas 78102

Legal

United States Courts
Southern District of Texas
FILED

FEB 04 2019

David J. Bradley, Clerk of Court



USDC SDTX - CC - Clerk
1133 North Shoreline Rm 208
Corpus Christus TX 78401