IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:19-CV-50 |
| | § | |
| LORI DAVIS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court is in receipt of Plaintiff Michael Garrett's ("Garrett") Emergency Temporary and Injunctive Protective Order Request, Dkt. No. 1; Plaintiff's application to proceed *in forma pauperis*, Dkt. Nos. 5 and 6; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. Nos. 7 and 8;[1] and Plaintiff's objections titled Appeal to Magistrates [*sic*] Decision to Dismiss, Dkt. No. 10.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. Nos. 7 and 8. The Court **DENIES** Plaintiff's application for leave to proceed *in forma pauperis*, Dkt. Nos. 5 and 6, and **DISMISSES** Plaintiff's complaint **WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g). The Court **DIRECTS** the Clerk of Court to close this case.

SIGNED this 21st day of June 2019.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The Magistrate Judge's M&R is docketed twice, Dkt. Nos. 7 and 8.